STEVEN M. LEVITAN (SBN 148716)
(steve.levitan@haynesboone.com)
JENNIFER M. LANTZ (SBN 202252)
(jennifer.lantz@haynesboone.com)
JASON M. GONDER (SBN 257522)
(jason.gonder@haynesboone.com)
HAYNES AND BOONE, LLP
2033 Gateway Place, Suite 400
San Jose, CA 95110
Telephone: (408) 660-4120
Fax: (408) 660-4121

TOM CHEN (SBN 184843)
(tom.chen@haynesboone.com)
HAYNES AND BOONE, LLP
18200 Von Karman, Suite 725
Irvine, CA 92612
Telephone: (949) 752-7040
Fax: (949) 752-7049

Attorneys for Plaintiff,
Crank Brothers, Inc.

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| Crank Brothers, Inc., a California corporation, | Case No.: 8:09-cv-01330-AG-MLG |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER OF DISMISSAL |
| vs. | |
| Easton-Bell Sports, Inc., a California corporation, | |
| and | |
| Bell Sports, Inc., a California corporation, | |
| Defendants. | |
| AND RELATED COUNTERCLAIMS | |

[PROPOSED] ORDER OF DISMISSAL—Case No. 8:09-cv-01330-AG-MLG

-2-

1        The stipulated dismissal with prejudice of Plaintiff, Crank Brothers, Inc. ("Plaintiff"), and Defendants, Easton-Bell Sports, Inc. and Bell Sports, Inc. ("Defendants"), pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and 41(c), having come before this Court, **IT IS HEREBY ORDERED** that (a) this action and the claims and counterclaims therein are dismissed with prejudice, provided that if Plaintiff certifies to the Court, within thirty (30) calendar days of the entry of dismissal, that the consideration specified in the parties' settlement agreement has not been paid, the dismissal order will be vacated and the case will be restored to the Court's calendar; and (b) the Court shall retain jurisdiction to enforce the terms of the parties' settlement agreement.

DATE: April 9, 2010

_____
Hon. Andrew J. Guilford
United States District Judge